TRUST COMPANY OF AMERICA, as Committee of ALPHONSE J. STEPHANI, Respondent, v. THE STATE SAFE DEPOSIT COMPANY, Appellant.

(Submitted February 18, 1907; decided February 26, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 187 N. Y. 178.)